Court of Criminal Appeals of Texas.

Oct. 27, 1954.

### Rosie Lee SMITH, Appellant,
### v.
### The STATE of Texas, Appellee.
### No. 27119.

Court of Criminal Appeals of Texas.

Oct. 27, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The offense is murder; the penalty assessed is confinement in the state penitentiary for a term of 10 years.

The indictment and all other matters of procedure appear to be in regular form. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court will therefore be affirmed.